[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-14796
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 24, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:10-cr-00047-GAP-GJK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS HUMBERTO GUILLEN-RIVERA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 24, 2011)

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Timothy R. Hartung, appointed counsel for Carlos Humberto Guillen-

Rivera in this direct criminal appeal, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Guillen-Rivera's convictions and sentences are **AFFIRMED**. This case is **REMANDED** to the district court, however, for the limited purpose of correcting the clerical error in the written judgment. The statutes should read 26 U.S.C. §§ 5861(d) and 5871.